AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   3:20-mj-00225 |
| LONNIE VANTEWA ALBERT | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/30/2020  in the county of  Multnomah  in the  District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting a Federal Officer |

This criminal complaint is based on these facts:

See Affidavit of U.S. Department of Homeland Security, Federal Protective Service Special Agent Mark Braswell hereto and incorporated by reference.

☒ Continued on the attached sheet.

*Via Telephone*
Complainant's signature

FPS Special Agent Mark Braswell
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  6:10  a.m./p.m.

Date: 08/31/2020

Judge's signature

City and state:  Portland, Oregon   Hon. Jolie A. Russo, U.S. Magistrate Judge
Printed name and title