IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

v.

LONNIE VANTEWA ALBERT

Case No. 3:20-MJ-00225

Revocation of Release and Detention Order
(Violation of Pretrial Release)

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
   ☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
   ☒ the defendant stipulates he/she violated a condition of release, *and*

2. ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
   ☒ defendant is unlikely to abide by any condition or combination of conditions of release.

THEREFORE, pursuant to 18 U.S.C. § 3148, the Court revokes the defendant's order of release and detains the defendant.

Dated: January 11, 2021

_____
United States Magistrate Judge

Revocation of Release and Detention Order (Pretrial Release Violation)